# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANGELA SORHAGEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:06-0092 |
| ) | Judge Trauger |
| LINDA GEARY, JOHN BROWN, DEBBIE ) | |
| LEDDY, LISA CARSON, KRISTI EARWOOD, ) | |
| MARY FOOSHEE, TONY FORTNER, ) | |
| JAY BIANCO and EMILIE BOTTIGGI, all in ) | |
| their official and individual capacities, and ) | |
| WILLIAMSON COUNTY, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On July 25, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that this case be dismissed without prejudice. (Docket No. 3) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m), FED.R.CIV.P.

It is so **ORDERED.**

Enter this 29th day of August 2006.

_____
ALETA A. TRAUGER
U.S. District Judge